IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 18-91-KD |
| | ) | |
| JONATHAN PAUL MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the United States Magistrate Judge's Report and Recommendation (Doc. 60), and without any objection having been filed by the parties, Defendant Jonathan Paul Miller's plea of guilty to Count 1 (charging a violation of 18 U.S.C. § 922(g)(1)) of the Indictment is now accepted and Miller is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **August 23, 2019** at **11:00 a.m.** in Courtroom 4B of the United States District Courthouse, 155 St. Joseph St., Mobile, Alabama 36602 under separate order.

**DONE** the 6th day of June 2019.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**